HALLI B. HESTON, Bar No.: 90737
RICHARD G. HESTON, Bar No. 90738
HESTON & HESTON, Attorneys at Law
19700 Fairchild Road
Suite 280
Irvine, CA 92612

Telephone: (949) 222-1041
Facsimile:  (949) 222-1043
hheston@hestonlaw.com

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>DAVID JASON SANDOVAL,<br><br>  Debtor. | Case No.: 8:22-bk-11752-MH<br><br>CHAPTER 13<br><br>NOTICE OF CONTINUANCE OF HEARING ON CONFIRMATION OF CHAPTER 13 PLAN<br><br>Date:  February 16, 2023<br>Time:  1:30 p.m.<br>Ctrm:  6C |

   NOTICE IS HEREBY GIVEN that the hearing on the confirmation of Debtor's Chapter 13 Plan has been continued to February 16, 2023 at 1:30 p.m. in Courtroom 6C of the Ronald Reagan Federal Building, 411 West Fourth, Santa Ana, CA 92701.

                              HESTON & HESTON
                              Attorneys at Law

Dated: January 16, 2023

                              By: HALLI B. HESTON
                              Attorneys for Debtor

G:\BK\13\Continuance Notice - Confirmation without 341.wpd          1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

19700 Fairchild Road, Suite 280
Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Continuance of Hearing on Confirmation of Chapter 13 Plan** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) - 1/17/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Chad L Butler**    caecf@tblaw.com
- **Amrane (SA) Cohen (TR)**    efile@ch13ac.com
- **Benjamin M ODonnell**    bodonnell@gslaw.org, ecf@gslaw.org
- **Matthew D. Resnik**    Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **Laurie A Traktman**    lat@gslaw.org, paralegal@gslaw.org
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 1/17/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE**
Honorable Mark D. Houle
United States Bankruptcy Court
3420 Twelfth Street, Suite 325 / Courtroom 301
Riverside, CA 92501-3819

Debtor
David Jason Sandoval
560 South Zeyn Street
Anaheim, CA 92805

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/17/2023 | Yanira Flores | /s/ Yanira Flores |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

## CONTINUED SERVICE LIST

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

AT&T
PO Box 5014
Carol Stream, IL 60197-5015

Affirm
30 Isabella St., 4th Floor
Pittsburgh, PA 15212-5862

American Express
PO Box 981537
El Paso, TX 79998-1537

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19335-0701

Best Buy Visa
PO Box 790441
St. Louis, MO 63179-0441

Consolidated Elevator
964 Badillo St., #303
Covina, CA 91724-2950

Capital One
PO Box 60599
City Industry, CA 91716-0599

JPMorgan Chase Bank, N.A.
Bankruptcy Mail Intake Team
700 Kansas Lane Floor 01
Monroe, LA 71203-4774

Citibank North America
Citibank SD MC 425
5800 South Corp Place
Sioux Falls, SD 57108

Citibank, N.A.
5800 S. Corporate Place
Sioux Falls, SD 57108-5027

City of Anaheim
210 S. Anaheim Blvd,
Anaheim, CA 92508

Evergreen Home Loans
4500 S. Lakeshore Drive. 695
Tempe, AZ 85282-7069

Evergreen Moneysource Mortgage
Company
1455 Frazee Road, Suite 820
San Dieog, CA 92108-4395

Franchise Tax Board Chief Counsel
c/o General Counsel Section
PO Box 1720 MAS A-260
Rancho Cordova, CA 95741-1720

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services,
LLC
PO Box 9013
Addison, TX 75001-9013

Kalmata Capital
c/o Brandon Laks
80 Broad St., Ste. 3303
New York, NY 10004-2845

Pagter and Perry Isaacson
525 N. Cabrillo Park Drive
Ste. 104
Santa Ana, CA 92701-5017

Portfolio Recovery Associates,
LLC
PO Box 41067
Norfolk, VA 23541-1067

Santander Consumer USA, Inc.
d/b/a Chrysler Capital
PO Box 961275
Fort Worth, TX 76161-0275

Sofi Bank
PO Box 654158
Dallas, TX 75265-4158

Sofi Lending Corp.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

Trustees of Elevator Constructors
Annuity
Lauri A. Traktman
3699 Wilshire Blvd, 1200
Los Angeles, CA 90010-2732

Trustees of Elevator Industry
Work Prese
Lauri A. Traktman
3699 Wilshire Blvd, 1200
Los Angeles, CA 90010-2732

Trustees of Nat'l Elevator Ind. Ben
Lauri A. Traktman
3699 Wilshire Blvd, 1200
Los Angeles, CA 90010-2732

Trustees of the National Elevator
Industry E
Lauri A. Traktman
3699 Wilshire Blvd, 1200
Los Angeles, CA 90010-2732

Trustees of the National
Elevator Industry H
Lauri A. Traktman
3699 Wilshire Blvd, 1200
Los Angeles, CA 90010-2732

Trustees of the National Elevator
Industry
Lauri A. Traktman
3699 Wilshire Blvd, 1200
Los Angeles, CA 90010-2732

US Bank
PO Box 5229
Cincinnati, OH 45201-5229

US Small Business
Administration
312 North Spring St, Fifth Floor
Los Angeles, CA 90012-2678

Wells Fargo
PO Box 10347
Des Moines, IA 50306-0347

Wells Fargo Auto
PO Box 17900
Denver, CO 80217-0900

Wells Fargo Bank, N.A.
d/b/a Wells Fargo
PO Box 130000
Raleigh, NC 27605-1000

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Matthew Resnik
RHM Law LLP
17609 Ventura Blvd., Suite 314
Encino, CA 91316-5135

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                     F 9013-3.1.PROOF.SERVICE